**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-105A** **DATE: August 12, 2005**

**TITLE: USA v. Eduardo Francisco Simoncelos Da Silva**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Ken Madden, AUSA
Ed Roy, Esq.
Heather McLoughlin, Pretrial Services
Theresa LaBonte, Portuguese Interpreter

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Deft informed of charge & rights.
Deft understands charge & rights.
Waiver of Preliminary Exam.
Deft understands waiver and rights.
Court questions Deft.
Govt requests detention.
No argument.
Court accepts waiver of preliminary exam.
Deft remanded to custody.