AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S.

v.

Eduardo DaSilva

## APPEARANCE

Case Number: 1:05M105A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eduardo Francisco Simmeclos Da Silva

I certify that I am admitted to practice in this court.

8-12-05

Date

Signature

Edward C Roy

Print Name Bar Number

10 WEYBOSSET STREET

Address

| PROVIDENCE | RI | 02903 |
| --- | --- | --- |
| City | State | Zip Code |

| (401) 528-4281 | (401) 528-4285 |
| --- | --- |
| Phone Number | Fax Number |