AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Edvardo Da Silva

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:05M105A

I, Edvardo Da Silva, charged in a (complaint) (petition) pending in this District with transporting illegal alien in violation of Title 8, U.S.C., 1324(a)(1)(A)(ii) & (a)(1)(B) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

8-12-05
Date

[signature]
Counsel for Defendant