057317

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

RECEIVED
AUG 09 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

EDUARDO FRANCISCO SIMONCELOS DA SILVA

## WARRANT FOR ARREST

CASE NUMBER: 1:05M105A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDUARDO FRANCISCO SIMONCELOS DA SILVA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing that an alien has come to, entered, and remained in the United States in violation of law, did wilfully transport and move said alien within the United States, by means of transportation, in furtherance of such violation of law,

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(ii) and (a)(1)(B)

LINCOLN D. ALMOND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

8/9/05 Providence, Rhode Island
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Central Falls, RI by ICE | | |
| DATE RECEIVED 08/09/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/12/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.