IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 97S |
| | ) | |
| vs. | ) | Cr. No. |
| | ) | In violation of 8 U.S.C. |
| EDUARDO FRANCISCO SIMONCELOS DA SILVA | ) | §§ 1324(a)(1)(A)(ii) & (a)(1)(B) |
| | ) | |

INFORMATION

The United States Attorney for the District of Rhode Island charges:

COUNT I

That on or about July 28, 2005, in the District of Rhode Island, the defendant, EDUARDO FRANCISCO SIMONCELOS DA SILVA, knowing that an alien has come to, entered and remained in the United States in violation of law, did wilfully transport and move said alien for the purpose of private financial gain within the United States, District of Rhode Island, by means of transportation, in furtherance of such violation of law;

In violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B).

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
First Assistant U. S. Attorney

Gerard B. Sullivan
Gerard B. Sullivan
Assistant U. S. Attorney
Criminal Chief

Dated: August 31, 2005