**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-97S** **DATE: September 9, 2005**

**TITLE: USA v. EDUARDO FRANCISCO SIMONCELOS DA SILVA**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Peter Neronha, AUSA
Ed Roy, Esq.
Heather McLoughlin, Pretrial Services
Theresa LaBonte, Portuguese Interpreter

**PROCEEDINGS:**

Arraignment on Criminal Information:

Deft informed of charge and rights.
Deft understands charge and rights.
Waiver of Indictment.
Court informs deft of rights.
Deft understands rights and waiver.
Court accepts waiver and signs it.
Not guilty plea entered.
No change in detention status.
Deft remanded to custody.
Deft allowed to file motion to reconsider bail.