AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

U. S.
v.
Edwardo Da Silva

Case Number: CR05-97S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edvardo Francisco Simmcelos Da Silva

I certify that I am admitted to practice in this court.

9-9-05
Date

Signature

Edward C Roy, Jr.
Print Name | Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE | RI | 02903
City | State | Zip Code

(401) 528-4281 | (401) 528-4285
Phone Number | Fax Number