AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
EDUARDO FRANCISCO SIMONCELOS DA SILVA

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05 97S

I, Eduardo Francisco Simoncelos Da Silva, the above named defendant, who is accused of

knowing that an alien has come to, entered and remained in the United States in violation of law, did wilfully transport and move said alien within the United States by means of transportation, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Sept. 9, 2005 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Eduardo Da Silva
*Defendant*

*Counsel for Defendant*

Before
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.