**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-97S** **September 28, 2005**

**TITLE: USA V. EDUARDO FRANCISCO SIMONCELOS DASILVA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: THERESA LABONTE**

**IN COURT: 9:39 a.m. -10:33 a.m.**

---

**COUNSEL PRESENT:** **Government - Kenneth Madden, AUSA**
**Defendant - Edward C. Roy, Esquire**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Interpreter sworn in; Defendant sworn in; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the facts and the elements of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Count I; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, January 20, 2006 at 10:30 a.m. Defendant remanded into custody.**